AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

UNITED STATES OF AMERICA

V.                                               **APPEARANCE**

TODD SUMMERVILLE

DOCKET NUMBER: 3:00-CR-263-JCH-2

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

| | |
|---|---|
| OCTOBER 18, 2005 | /S/ |
| DATED | SIGNATURE |
| | PAUL A. MURPHY |
| | PRINT NAME |
| | ASSISTANT UNITED STATES ATTORNEY |
| | ct26654 |
| | FEDERAL BAR NUMBER |
| | United States Attorney's Office |
| | 915 Lafayette Boulevard Room 309 |
| | ADDRESS |
| | Bridgeport, Connecticut          06604 |
| | CITY       STATE          ZIP CODE |
| | 203-696-3000 |
| | PHONE NUMBER |

## CERTIFICATION OF SERVICE

  This is to certify that a copy of the within and foregoing was mailed to the following this 18th day of October 2005:

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder
P.O. Box 1661
Bridgeport, CT 06601

/S/_____
PAUL A MURPHY
ASSISTANT UNITED STATES ATTORNEY