UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
| | :
**UNITED STATES OF AMERICA** | : |
| | : CRIM. NO. 3:00CR263 (JCH)
**VS.** | : |
| | :
**TODD SUMMERVILLE** | : March 17, 2006
_____:

**<u>APPEARANCE</u>**

To the Clerk of this Court and all parties of record:

    Please enter my appearance for the defendant in the above-entitled matter.

                          THE DEFENDANT

                          By_____
                              William M. Bloss, No.ct01008
                              Koskoff Koskoff & Bieder, P.C.
                              350 Fairfield Avenue
                              Bridgeport, CT 06604
                              Tel: 203-336-4421
                              Email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 17th day of March 2006, to all counsel and pro se parties of record, as follows:

Paul Murphy, Esquire
Assistant U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

                                                                                                               _____
                                                                                                               William M. Bloss