UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
**UNITED STATES OF AMERICA**            :
: CRIM. NO. 3:00CR263 (JCH)
**VS.**                                 :
:
**TODD SUMMERVILLE**                    : April 19, 2006
_____ :

## MOTION TO EXTEND TIME TO FILE MEMORANDUM

The defendant in the above-captioned matter hereby moves extend the time for the parties to file simultaneous submissions as to whether the Court would have imposed a non-trivially different sentence if the Sentencing Guidelines had been advisory, from April 21, 2006, to May 19, 2006. In support of this motion defendant represents:

1. The government has no objection to this motion being granted.

2. This is the second motion for extension of time filed by undersigned counsel with respect to this deadline.

3. This Court appointed the undersigned about one month ago with respect to this issue. The undersigned has obtained such records and supporting materials as are readily available, and is reviewing other materials. However, a very difficult discovery deadline in another case, which has required out of state travel each week this month, has severely limited the time available to complete this work.

4. The undersigned needs additional time to prepare the requested submission and to review it with the defendant, particularly in light of his incarceration in New York.

5. There is no known unfair prejudice to any party if this motion is granted.

                THE DEFENDANT

By_____
    William M. Bloss, No. ct01008
    Koskoff Koskoff & Bieder, P.C.
    350 Fairfield Avenue
    Bridgeport, CT 06604
    TEL: 203-336-4421
    FAX: 203-368-3244
    email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 19th day of April 2006, to all counsel and pro se parties of record, as follows:

Paul Murphy, Esquire
Assistant U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

                                                                                              _____
                                                                                              William M. Bloss