UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 3:00CR263 (JCH) |
| VS. : | |
| : | |
| TODD SUMMERVILLE : | May 22, 2006 |

_____:

### MOTION TO EXTEND TIME TO FILE MEMORANDUM

The defendant in the above-captioned matter hereby moves to extend the time for the defendant to file his submission as to whether the Court would have imposed a non-trivially different sentence if the Sentencing guidelines had been advisory, from May 19, 2006 to May 24, 2006.

1. This is the third motion for extension of time filed by undersigned counsel with respect to this deadline.

2. This extension is necessary because undersigned counsel has been out of state completing discovery in a federal case with an immediate deadline.

3. Counsel for the government could not be reached for comment.

THE DEFENDANT

By_____
William M. Bloss, No.ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: 203-336-4421
Email: bbloss@koskoff.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 22nd day of May 2006, to all counsel and pro se parties of record, as follows:

Paul Murphy, Esquire
Assistant U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
William M. Bloss