```
CASE NUMBER   CR950108903        SUPERIOR COURT

STATE OF CONNECTICUT             GEOGRAPHIC AREA # 2

        vs                       at BRIDGEPORT, CONNECTICUT

TODD D. SUMMERVILLE              AUGUST 30, 1995
```

BEFORE:

      THE HONORABLE JOHN F. KAVANEWSKY, JR., JUDGE

APPEARANCES:

FOR THE PLAINTIFF:      OFFICE OF STATE'S ATTORNEY
                             by Joseph Marcello, Esq.
                             Assistant State's Attorney

FOR THE DEFENDANT:      OFFICE OF PUBLIC DEFENDER
                             by John A. Forbes, Jr., Esq.
                             Assistant Public Defender

Recorded by:            Rudy Zaleta, Monitor

Transcribed by:         David J. Geci, Court Reporter
                             Judicial District - Fairfield
                             Superior Court, 1061 Main. St.
                             Bridgeport, Connecticut

EXHIBIT A

THE COURT: All right. That's noted.

MR. MARCELLO: Pursuant to a narcotics violation surveillance conducted by the officers targeting the above location, which was Barnum Avenue, police were directed to arrest several subjects who had participated in suspected narcotics sales.

I'm going to have to read that other surveillance report, Mr. Forbes. Just give me a second.

While at that location, police observed Summerville and another person walking to a door at the top of the stairs, walk into an apartment that was not occupied by a legal renter, walked into the kitchen which can be seen from the street as the door was open while they entered the kitchen while Summerville and the codefendant Graham came back out and police officer, units described all that were to be arrested. Police came to that location and advised the officer to come with him to the kitchen on the apartment that was open. Police observed there several plastic bags were on the counter which had a trace of white power that resembled crack cocaine. More bags were on the kitchen floor in the cabinet next to the door where the police officer last saw this defendant which was the area of control, which was in their area of control, and seized a plastic bag with 150

vials with blue caps and white power which field tested positive for cocaine.

As Summerville and the codefendant Graham were in control, apparently control of the apartment, no one else was in there except them while the officers were conducting their surveillance, they were ordered arrested and they were in fact arrested.

As indicated, the recommendation was three suspended, three probation.

THE COURT: Has the codefendant's case been disposed of?

MR. MARCELLO: Do you know that, the answer to that?

MR. FORBES: I don't know, Your Honor.

THE COURT: Does the State want to inquire of the defendant?

THE DEFENDANT: Say that? I didn't hear.

MR. FORBES: Did Graham get rid of his case?

THE DEFENDANT: I don't know.

MR. FORBES: He's unaware either, Your Honor. They were never talked about in a companion sense. They were never....

MR. MARCELLO: I'll stand by this. This is an old offer, Your Honor.

THE COURT: All right.

A VOICE: May I approach?

THE COURT: Sure.

```
 1    MV 95-0534820, CR 95-0112581

 2    ---------------------------

 3    THE STATE OF CONNECTICUT :      SUPERIOR COURT

 4       Complainant,          :      GA 2

 5       -VS-                  :      OF FAIRFIELD

 6    TODD D. SUMMERVILLE      :      AT BRIDGEPORT

 7       Defendant.            :      MAY 2, 1996

 8    ---------------------------

 9

10

11    BEFORE:    THE HONORABLE RICHARD F. COMMERFORD, JR., JUDGE

12

13

14    APPEARANCES:

15              SENIOR ASSISTANT STATE'S ATTORNEY

16              NICHOLAS J. BOVE, JR.

17

18              MARK WARREN, ESQ.

19              For the Defendant

20

21                                      Gayle Beler,

22                                      Court Monitor

23

24

25

26
```

1  MR. BOVE: Line 5 on the Disposition Docket, Todd
2  Summerville represented by Mr. Warren. It's a
3  disposition.
4  THE COURT: Mr. Warren.
5  MR. WARREN: Good afternoon, Your Honor. I ask
6  that prior pleas and elections be vacated, Your
7  Honor. My client has been canvassed and is ready for
8  plea.
9  THE COURT: Prior pleas and elections may be
10 withdraw. Put him to plea.
11 MR. BOVE: Mr. Summerville, to a substituted
12 information in 112581, to the first count of the
13 substituted information, that being Sale of Narcotics
14 on October 4th, 1995 in violation of 21a-277a of the
15 Connecticut General Statutes, how do you plea, guilty
16 or not guilty?
17 MR. SUMMERVILLE: Guilty.
18 MR. BOVE: And to the second count of the
19 substituted information, Sale of Narcotics also on
20 October 4th, 1995 in violation of 21a-277a, how do you
21 plead, sir, guilty or not guilty?
22 MR. SUMMERVILLE: Guilty.
23 MR. BOVE: This occurred -- both incidents
24 occurred on October 4th, 1995. Officers had setup a
25 surveillance at the target location in the City of
26 Bridgeport which is at 382 Barnum Avenue. The weather
27 was cloudy with light rain. It was around 9:45 in the

| | |
|---|---|
| 1 | morning. The first sale where there was an arrest |
| 2 | made was at about 9:50. A black male wearing a tan |
| 3 | jacket identified as Charles Childs (phonetic |
| 4 | spelling) was pushing a shopping cart, walked up to |
| 5 | another black male who was wearing an all blue |
| 6 | colored jean outfit, black boots who was later |
| 7 | identified as Todd Summerville. Childs approached |
| 8 | Todd Summerville and handed Summerville some |
| 9 | currency. The Defendant then took the currency, |
| 10 | looked at it, placed the currency in his left pants |
| 11 | pocket. He walked to the basement doorway at 382 |
| 12 | Barnum Avenue, leaned down and retrieved an item. He |
| 13 | then walked over to where the buyer was standing, |
| 14 | looked both ways, east and west on Barnum Avenue, |
| 15 | handed the buyer an item. The buyer then placed the |
| 16 | item in his right pants pocket and proceeded west on |
| 17 | Barnum Avenue. The buyer was later placed under |
| 18 | arrest and narcotics was found on him. |
| 19 | The second arrest was at about 10:05. They |
| 20 | observed a white female who was wearing a burgundy |
| 21 | colored jacket, later identified as Sherry Ann Wright |
| 22 | (phonetic spelling). She walked over to the |
| 23 | Defendant, handed him some currency. He took the |
| 24 | currency, looked at it, placed it in his left pants |
| 25 | pocket. He looked east and west on Barnum Avenue, |
| 26 | went to the same basement doorway, leaned over and |
| 27 | retrieved an item and walked back to where Sherry was |

```
1    waiting and then handed her the item. She was
2    eventually arrested and they found narcotics in her
3    possession.
4         Those were the facts, Your Honor. The
5    recommendation was eight after four years, three
6    years probation; eight, four, three. And it's to run
7    concurrent with his other sentence out of Norwalk.
8         THE COURT: Is there going to be a waiver of the
9    PSI here? Is that what we are going to do?
10        MR. WARREN: Yes, Your Honor.
11        MR. BOVE: The State waives the PSI as well.
12        THE COURT: All right, so it's an agreed upon
13   disposition.
14        MR. WARREN: It's agreed upon disposition, Your
15   Honor.
16        MR. BOVE: Yes, Your Honor.
17        THE COURT: All right, very well.
18 CANVASS OF TODD SUMMERVILLE BY THE COURT:
19   Q   Mr. Summerville, have you taken any drugs, medication
20 or alcohol today which might effect your judgment, sir?
21   A   No, I haven't.
22   Q   Have you had the opportunity to fully discuss your
23 case with Mr. Warren, your attorney?
24   A   Yes, I have.
25   Q   Has he reviewed with you the elements of the crimes
26 you are charged with here and the maximum and minimum
27 penalty for those crimes?
```

# DEPARTMENT OF POLICE
# BRIDGEPORT, CONNECTICUT
## INCIDENT REPORT

☐ UNFOUNDED ☐ ARREST ☐ INACTIVE
☐ OPEN ☐ CLOSED ☐ CLEARED
☐ WARRANT ADVISED ☐ APPROVED

| 1. INCIDENT NUMBER | 2. INVESTIGATIVE CASE NO. | 3. TYPE OF CRIME/INCIDENT | 4. CODE(S) |
|---|---|---|---|
| 95-117 | 95-N-618 | Sale Of Narcotics | 1602 |

5. DISPATCHED: M:10 D:04 Y:95 T:1050
6. ON SCENE:
7. TIME OF OCCURRENCE: M:10 D:04 Y:95 T:1050AM
DISPATCHED TO:

8. LOCATION OF CRIME/INCIDENT: 382 Barnum Ave. Bpt. Conn.
10. TYPE OF PREMISE: City Side walk.
11. SECTOR: TNT
12. REPT. AREA: TNT

14. VICTIM'S NAME:
15. VICTIM'S COMPLETE ADDRESS:
16. HOME TELEPHONE:
17. BUSINESS/SCHOOL TELEPHONE:

33. Indicate Who Can Identify Suspect:
34. Suspect #1 (Name): Summerville, Todd, D.
35. Suspect #1 May Be Located At: 106 Monroe St. Bpt. Conn.
36. Suspect #1 Description: B/Male DOB. 06-17-70

37. Arrested: ☒ Yes ☐ No

**55. Narrative:**

Block # 34: Tac. 4 was detail to Barnum Ave. & Beach St. to assist P/O. Batista on a narcotics surveillance as a chase unit. Upon arrival we were directed to move in and arrest the dealer a light skin Blk. male wearing a jeans outfit with breaded hair when approaching the suspect he threw 4 clear plastic vials with clear caps on the steps of 382 Barnum Ave. He was place under arrest & his stach was found on the left side of the steps a Brown paper bag containing a plastic bag, containing clear plastic vials with clear caps, containing a white powder substance. All total 29 vials wt. 19.5 grams tested positive for Crack Cocaine. Weight tested and found by P/O. Brown. He was charged with Sale Of Narc. 4 Cts. 21a-278b, Sale Of Narc. 4 Cts. 1500 Ft. Of

56. Physical Evidence: ☒ Yes ☐ No

61. Reporting Officer(s): P/O. Pedro Reyes — CAD# 263
P/O. Antonio M. Brown — 289

City of Bridgeport Archives and Records, Room 19, City Hall, Bridgeport, CT 06604

Page 1 of 2

# DEPARTMENT OF POLICE
# BRIDGEPORT, CONNECTICUT
## SUPPLEMENTAL REPORT

STATUS CHANGE

APPROVED

REPORT TYPE: ( ) NARRATIVE CONTINUATION  ( ) ADDITIONAL INFORMATION  ( ) INVESTIGATIVE PROGRESS  ( ) CLEAR UP/RECOVERED PROPERTY

**OFFENSE / INCIDENT:** Sale Of Narcotics
**3. LOCATION OF OFFENSE (House No. and Street):** 382 Barnum Ave.
**VICTIMS NAME (Last, First, Middle) (If Firm, Name):**
**5. DATE OF OCCURRENCE:** 10-04-95
**7. INCIDENT NO.:** 95-117
**6. VICTIM'S ADDRESS:**
**8. INVESTIGATIVE CASE NO:** 95-N-618

| BLOCK # | | |
|---|---|---|
| 34 | School 21a-278a(b), and Poss. Of Narcotics WITS. 21a-278b. His bond was set at $75,000. See Case report. Also $56.00 was taken from him and turn as evidence. | |

CITY OF BRIDGEPORT
ARCHIVES AND RECORDS
ROOM 13, CITY HALL
BRIDGEPORT, CT 06604

**9. REPORTING OFFICER:** P/O. Pedro Reyes    **CAD NO.** 263
P/O. Antonio M. Brown    **CAD NO.** 289
**10. DATE REPORT PREPARED:** 10-04-95
**PAGE** 2 **OF** 1
**11. SUPERVISOR'S REVIEW**

( ) CONCUR    RECOMMEND